UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

**ORDER**

-against-

02 Cr. 756 (PGG)

FREDERICK E. JACKSON,

                              Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

　　　　　The Government is directed to reply to Defendant's motion for

compassionate release (filed under seal) by April 7, 2021.  The Government is further

directed to provide Defendant's COVID-19 vaccination status in its submission.

Dated:  New York, New York
　　　　　March 24, 2021

                                        SO ORDERED.

                                        _Pauls sandephe_

                                        Paul G. Gardephe
                                        United States District Judge