

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **United States v. Frederick E. Jackson**, 02-CR-756 (PGG)

Dear Judge Gardephe:

      The Government submits this letter in reference to the Court's July 13, 2021 docket note in the above-captioned matter, requiring a Government response no later than July 20, 2021. (Dkt. 607.) The Government has made diligent efforts to obtain information and documentation relating to Mr. Jackson's medial treatment and testing from FCI-Talladega and expects to receive the relevant materials by the end of next week. Accordingly, the Government respectfully requests a three day an extension to its current response deadline to allow for a submission no later than July 23, 2021.

**Memo Endorsed:** This application is granted. The Clerk of Court is directed to mail a copy of this Order to Jackson.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

Dated: July 19, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: *[signature: Ashley C. Nicolas]*

Ashley C. Nicolas
Assistant United States Attorney

cc:     Frederick Jackson, Reg No. 53759-054
        Federal Correctional Institution - Talladega